UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES P. LaFLEUR and ELIZABETH K. LaFLEUR**                   **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO. 1:07CV527 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and MIKE MEYERS**                                                      **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [48] of State Farm Fire and Casualty Company to reconsider the issues decided in the Memorandum Opinion and Order entered on March 28, 2008, is **DENIED**.

**SO ORDERED** this 17th day of June, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE